### Commonwealth, Appellant, *v.* McElroy.

Argued September 21, 1970. *George T. Brubaker,* Assistant District Attorney, with him *Clarence C. Newcomer,* District At-

torney, for Commonwealth, appellant; *D. Patrick Zimmerman,* Public Defender, for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.